MARGARET McMARTIN, Respondent, Impleaded with Others, *v.* THE FIDELITY AND CASUALTY COMPANY of New York, Appellant.

(Submitted May 21, 1934; decided May 29, 1934.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements.   (See 264 N. Y. 220.)

CHARLES J. M. CHRISTENSON, Appellant, *v.* NICHOLAS N. PETTERSON et al., Respondents.

(Submitted May 21, 1934; decided May 29, 1934.)

*Robert S. Erskine* for motion.
*Irving G. Kennedy* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, on the authority of *Feinstein* v. *City of New York* (237 N. Y. 547).